**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Michael Tucker, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:20-cv-01658-UNA |
| ) | |
| General Motors, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The above styled and numbered case was opened on November 24, 2020 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:20-cv-00254**-ACL**.

**IT IS FURTHER ORDERED** that cause number 4:20-cv-01658 UNA be administratively closed.

                                                                GREGORY J. LINHARES
                                                                CLERK OF COURT

Dated: November 30, 2020                         By:  /s/ Michele Crayton
                                                                Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:20-cv-00254-ACL.**