UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL TUCKER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 1:20-cv-00254-SNLJ |
| GENERAL MOTORS LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the parties' Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) voluntarily dismissing this action with prejudice. [Doc. 134]. The parties' stipulation of dismissal is effective upon filing and does not require judicial approval. *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1078 (8th Cir. 2017).

Accordingly, this action was **DISMISSED with prejudice** upon the filing of the parties' stipulation and the Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED** this 2nd day of June, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE